UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18cv60307

LESLIE GOUTIER,

     Plaintiff,

v.

FINANCIAL BUSINESS AND
CONSUMER SOLUTIONS, INC.,

     Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, LESLIE GOUTIER, by and through undersigned counsel, hereby submits this

Notice of Pending Settlement and states the parties have reached a settlement with regard to this

case and are presently drafting, finalizing, and executing the formal settlement documents. Upon

full execution of the same, the parties will file the appropriate dismissal documents with the

Court.

Dated: May 9, 2018               Respectfully Submitted,

                           /s/ Jibrael S. Hindi
                          **JIBRAEL S. HINDI, ESQ.**
                          Florida Bar No.: 118259
                          E-mail:    jibrael@jibraellaw.com
                          The Law Offices of Jibrael S. Hindi
                          110 SE 6th Street, Suite 1744
                          Fort Lauderdale, Florida 33301
                          Phone:    954-907-1136
                          Fax:      855-529-9540

                          *COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served

this day on all counsel either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized

to receive electronically Notices of Electronic Filing.

 /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:        855-529-9540