UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**LESLIE GOUTIER**,

    **Plaintiff,**

v.                                              Case No.: 0:18-CV-60307-PCH

**FINANCIAL BUSINESS AND
CONSUMER SOLUTIONS, INC.,**

    **Defendant.**

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

LESLIE GOUTIER ("Plaintiff") and FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., d/b/a FBCS, Inc., ("Defendant"), by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation of Voluntary Dismissal with Prejudice of this action. Each party is to bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

Respectfully submitted on May 17, 2018.

| | |
|---|---|
| THE LAW OFFICES OF JIBRAEL S. HINDI<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, FL 33301<br>Telephone: 954.907.1136<br>Facsimile: 855.529.9540<br><br>/s/ Jibrael S. Hindi<br>Jibrael S. Hindi<br>Florida Bar Number 118259<br>jibrael@jibraellaw.com<br>*Counsel for Plaintiff* | GOLDEN SCAZ GAGAIN, PLLC<br>201 North Armenia Avenue<br>Tampa, FL 33609<br>Phone: 813-251-5500<br><br>/s/ Joseph C. Proulx<br>Joseph C. Proulx. Esq.<br>Florida Bar Number 0056830<br>jproulx@gsgfirm.com<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 17, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Joseph C. Proulx
Joseph C. Proulx. Esq.
Florida Bar Number 0056830