UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-CV-60307-PCH

LESLIE GOUTIER,

    Plaintiffs,

v.

FINANCIAL BUSINESS AND
CONSUMER SOLUTIONS, INC.,

    Defendant.



## ORDER OF DISMISSAL

This cause is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [D.E. 19], filed May 17, 2018. The Court has reviewed the motion and is otherwise duly advised. Accordingly, it is hereby

ORDERED that this action is dismissed WITH PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All pending motions are denied as moot, and the case is closed.

DONE AND ORDERED in Chambers, Miami, Florida, on May 21, 2018.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record